United States District Court
Southern District of Texas
**ENTERED**
April 05, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MEGAN OWEN<br>　　　Plaintiff<br>v.<br>HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY<br>　　　Defendant. | §§§§§§§ | C.A. No. 4:21-cv-1595 |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS day, this Court considered the motion of Plaintiff Megan Owen to dismiss all claims against Defendant Hartford Life and Accident Insurance Company, with prejudice and finds that the Motion is well taken. It is therefore:

**ORDERED, ADJUDGED AND DECREED** that Plaintiff Megan Owen's Motion to Dismiss all claims against Defendant Hartford Life and Accident Insurance Company, with prejudice is **GRANTED** and all claims and causes of action by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

No additional claims by any party are pending in this action against any party, and this dismissal order is a final judgment disposing of all claims in this action.

Costs of court and attorney's fees are to be borne by the party incurring same.

**SIGNED** this __5th__ day of _____April_____, 2022.

_____
**UNITED STATES DISTRICT JUDGE**

265885920v.1

APPROVED AND ENTRY REQUESTED:

MARC WHITEHEAD & ASSOCIATES, LLP

_/s/ Marc S. Whitehead_

Marc S. Whitehead
Tex. Bar No. 00785238
Fed. I.D. No. 15465
marc@marcwhitehead.com
403 Heights Boulevard
Houston, Texas 77007
**ATTORNEY-IN CHARGE FOR PLAINTIFF
MEGAN OWEN**

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

_/s/ Linda Wills_

Linda P. Wills
State Bar No. 21661400
Fed. Bar No. 12566
909 Fannin Street, Suite 3300
Houston, Texas 77010
713/353-2000
713/785-7780 Fax
Email: Linda.Wills@WilsonElser.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**